■ In the Matter of the Claim of STEEVE COUPEAU, Appellant. COMMISSIONER OF LABOR, Respondent. [6 NYS3d 505]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 7, 2014, as superceded by decision filed December 12, 2014, which, upon reopening and reconsideration, ruled, among other things, that claimant was ineligible to receive unemployment insurance benefits because he was not totally unemployed.

Decision affirmed. No opinion.

Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.